B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
**Case No. 2:09−bk−18626−CGC**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
SOHAIL JAFFER  SALIMA JAFFER
7902 NORTH 88TH LANE  7902 NORTH 88TH LANE
GLENDALE, AZ 85305  GLENDALE, AZ 85305

Social Security / Individual Taxpayer ID No.:
xxx−xx−2865  xxx−xx−2018

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 11/16/09  Charles G. Case II
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: admin              Page 1 of 3            Date Rcvd: Nov 16, 2009
Case: 09-18626                Form ID: b18             Total Noticed: 46

The following entities were noticed by first class mail on Nov 18, 2009.
db/jdb     +SOHAIL JAFFER,   SALIMA JAFFER,   7902 NORTH 88TH LANE,   GLENDALE, AZ 85305-3919
aty         JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ  85311-1737
tr          ANTHONY H. MASON,   P.O. BOX 4427,   PHOENIX, AZ 85030-4427
8337843    +AMAN ABDULLA,   27 Stallion Road,   Rancho Palos Verdes CA 90275-5257
8337845     AT & T  COMMUNICATIONS,   PO BOX 6940,   The Lakes NV 88901-6940
8337846     AZ Anesthesia Consultants,   PO BOX 44898,   Phoenix AZ 85038
8337848    +CACTUS MAT INC,   PO BOX 16078,   Phoenix AZ 85011-6078
8337852     CHASE Payment Tech,   P. O. Box 94014,   Palatine IL 60094-4014
8337853    +CITI CARDS,   P. O. Box 6241,   Sioux Falls SD 57117-6241
8337854    +CITY OF CHANDLER,   55 N ARIZONA AVE,   Chandler AZ 85225-5819
8337855    +CITY OF PHOENIX,   251 WEST WASHINGTON,   PHOENIX AZ 85003-2245
8337856    +CITY OF PHOENIX,   PO BOX 78815,   Phoenix AZ 85062-8815
8337857     CITY OF SCOTTSDALE,   7447 E. INDIAN SCHOOL #110,   TEMPE AZ 85281
8337849    +Capistrano Bakery,   807 W Geneva Drive,   Tempe AZ 85282-3314
8337858    +Compu Pay,   2700 N Central Ave Suite 1100,   Phoenix AZ 85004-0967
8581997    +Eric Silverman,   Sol Hoff Company, LLC,   1351 W. Westwood Blvd. Suite 122,
             Los Angles, CA 90024-4940
8337859    +Farooq Grease Trap Service,   13617 NE 11th St,   Bellevue WA 98005-2740
8337861    +GREAT LAKES EDUCTIONAL LOAN SRVICE,   P.O. BOX 3059,   MILWAUKEE WI 53201-3059
8337860    +Grayhawk Produce,   111 E Maricopa,   Phoenix AZ 85004-2919
8380671     Great Lakes Educational Loan Services, Inc,   Claims Filing Unit,   PO Box 8973,
             Madison, WI 53708-8973
8337862    +HARTFORD INSURANCE,   ORLANDO CENTRAL RECOVERY,   P.O. BOX 958457,   Lake Mary FL 32795-8457
8337863    +Ice Refridgeration,   23910 N 19th Ave Ste 10,   Phoenix AZ 85085-1832
8337864    +Innovations Inc & Exclusive, Inc.,   Attn: Noordin Lakhani,   1940 E Thunderbird Rd #25,
             Phoenix AZ 85022-5759
8337867    +LifeWise Health Plan of Arizona,   PO BOX 91060,   Seattle WA 98111-9160
8337868    +Maria Pedaroza,   7902 North 88th Lane,   Glendale AZ 85305-3919
8337869     PEPSI COLA BOTTLING GROUP,   4242 NORTH RAYMOND STREET,   PHOENIX AZ 85040
8337870    +Protection One,   PO BOX 5714,   Carol Stream IL 60197-5714
8337872     Rainbow Produce,   3105 E Magnolia,   Phoenix AZ 85034
8337873     Reliable Refridgeration,   913 E Juanita,   Phoenix AZ 85024
8337875    +SRP,   PO BOX 2950,   Phoenix AZ 85062-2950
8337874    +Sol Hoff,   1351 Westwood Blvd #122,   Los Angeles CA 90024-4940
8337876    +Togos Franchise,   18 N San Pedro Street,   San Jose CA 95110-2413
8337877    +Town and Country,   PO BOX 29426,   Bin 20005,   Phoenix AZ 85036-0005
8337878    +Truly Nolen of America,   3620 E Speedway,   Tucson AZ 85716-4095
8393254    +Vista Roma Foods,   1975 E. Locust Street, suite b,   Ontario CA 91761-7640
8337880    +WESCOM CREDIT UNION,   P. O. Box 7058,   Pasadena CA 91109-7058
8337881    +Westwood Financial Corp,   11440 San Vincente Blvd,   Suite 200,   Los Angeles CA 90049-6216

The following entities were noticed by electronic transmission on Nov 16, 2009.
tr          EDI: BAHMASON.COM Nov 16 2009 18:58:00      ANTHONY H. MASON,   P.O. BOX 4427,
             PHOENIX, AZ  85030-4427
smg         EDI: AZDEPREV.COM Nov 16 2009 18:53:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2650
8337844    +E-mail/Text: bankruptcy@aps.com                          APS,   PO BOX 2906,
             Phoenix AZ 85062-2906
8337847     EDI: BANKAMER.COM Nov 16 2009 18:53:00      BANK OF AMERICA,   P. O. Box 851001,
             Dallas TX 75285-1001
8337850    +EDI: CHASE.COM Nov 16 2009 18:58:00      CHASE,   800 Brooksedge Blvd.,
             Westerville OH 43081-2822
8337851    +EDI: CHASE.COM Nov 16 2009 18:58:00      CHASE BANK,   P. O. Box 15298,   Wilmington DE 19850-5298
8337865     EDI: IRS.COM Nov 16 2009 18:53:00      INTERNAL REVENUE SERVICE,   P. O. Box 0025,
             Austin TX 73301-0025
8337866     EDI: CBSKOHLS.COM Nov 16 2009 18:53:00      KOHLS/ Chase,   P.O. BOX 30510,
             Los Angeles CA 90030-0510
8337871    +E-mail/Text: bklaw@qwest.com                          QWEST COMMUNICATIONS,   1801 California St,
             Denver CO 80202-5555
8337882    +EDI: WFNNB.COM Nov 16 2009 18:53:00      WFNNB/ Express,   4590 E Broad St,
             Columbus OH 43213-1301
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8337879     Vista Roma Foods,   1975 E Locust Street Suite B,   CA 90761
8340063     Vista Roma Foods,   1975 E Locust Street Suite B,   CA 90761
8340027*   +AMAN ABDULLA,   27 Stallion Road,   Rancho Palos Verdes CA 90275-5257
8393218*   +AMAN ABDULLA,   27 Stallion Road,   Rancho Palos Verdes CA 90275-5257
8340028*   +APS,   PO BOX 2906,   Phoenix AZ 85062-2906
8393219*   +APS,   PO BOX 2906,   Phoenix AZ 85062-2906
8340029*    AT & T  COMMUNICATIONS,   PO BOX 6940,   The Lakes NV 88901-6940
8393220*    AT & T  COMMUNICATIONS,   PO BOX 6940,   The Lakes NV 88901-6940
8340030*    AZ Anesthesia Consultants,   PO BOX 44898,   Phoenix AZ 85038
8393221*    AZ Anesthesia Consultants,   PO BOX 44898,   Phoenix AZ 85038
8340031*    BANK OF AMERICA,   P. O. Box 851001,   Dallas TX 75285-1001
8393222*    BANK OF AMERICA,   P. O. Box 851001,   Dallas TX 75285-1001
8340032*   +CACTUS MAT INC,   PO BOX 16078,   Phoenix AZ 85011-6078
8393223*   +CACTUS MAT INC,   PO BOX 16078,   Phoenix AZ 85011-6078
8340034*   +CHASE,   800 Brooksedge Blvd.,   Westerville OH 43081-2822
8393225*   +CHASE,   800 Brooksedge Blvd.,   Westerville OH 43081-2822
8340035*   +CHASE BANK,   P. O. Box 15298,   Wilmington DE 19850-5298
8393226*   +CHASE BANK,   P. O. Box 15298,   Wilmington DE 19850-5298
8340036*    CHASE Payment Tech,   P. O. Box 94014,   Palatine IL 60094-4014
```

```
District/off: 0970-2           User: admin              Page 2 of 3              Date Rcvd: Nov 16, 2009
Case: 09-18626                 Form ID: b18             Total Noticed: 46

               ***** BYPASSED RECIPIENTS (continued) *****
 8393227*        CHASE Payment Tech,   P. O. Box 94014,   Palatine IL 60094-4014
 8340037*       +CITI CARDS,   P. O. Box 6241,   Sioux Falls SD 57117-6241
 8393228*       +CITI CARDS,   P. O. Box 6241,   Sioux Falls SD 57117-6241
 8340038*       +CITY OF CHANDLER,   55 N ARIZONA AVE,   Chandler AZ 85225-5819
 8393229*       +CITY OF CHANDLER,   55 N ARIZONA AVE,   Chandler AZ 85225-5819
 8340040*       +CITY OF PHOENIX,   PO BOX 78815,   Phoenix AZ 85062-8815
 8393231*       +CITY OF PHOENIX,   PO BOX 78815,   Phoenix AZ 85062-8815
 8340039*       +CITY OF PHOENIX,   251 WEST WASHINGTON,   PHOENIX AZ 85003-2245
 8393230*       +CITY OF PHOENIX,   251 WEST WASHINGTON,   PHOENIX AZ 85003-2245
 8340041*        CITY OF SCOTTSDALE,   7447 E. INDIAN SCHOOL #110,   TEMPE AZ 85281
 8393232*        CITY OF SCOTTSDALE,   7447 E. INDIAN SCHOOL #110,   TEMPE AZ 85281
 8340033*       +Capistrano Bakery,   807 W Geneva Drive,   Tempe AZ 85282-3314
 8393224*       +Capistrano Bakery,   807 W Geneva Drive,   Tempe AZ 85282-3314
 8340042*       +Compu Pay,   2700 N Central Ave Suite 1100,   Phoenix AZ 85004-0967
 8393233*       +Compu Pay,   2700 N Central Ave Suite 1100,   Phoenix AZ 85004-0967
 8585994*       +Eric Silverman,   Sol Hoff Company, LLC,   1351 W. Westwood Blvd. Suite 122,
                  Los Angles, CA 90024-4940
 8340043*       +Farooq Grease Trap Service,   13617 NE 11th St,   Bellevue WA 98005-2740
 8393234*       +Farooq Grease Trap Service,   13617 NE 11th St,   Bellevue WA 98005-2740
 8340045*       +GREAT LAKES EDUCTIONAL LOAN SRVICE,   P.O. BOX 3059,   MILWAUKEE WI 53201-3059
 8393236*       +GREAT LAKES EDUCTIONAL LOAN SRVICE,   P.O. BOX 3059,   MILWAUKEE WI 53201-3059
 8340044*       +Grayhawk Produce,   111 E Maricopa,   Phoenix AZ 85004-2919
 8393235*       +Grayhawk Produce,   111 E Maricopa,   Phoenix AZ 85004-2919
 8340046*       +HARTFORD INSURANCE,   ORLANDO CENTRAL RECOVERY,   P.O. BOX 958457,   Lake Mary FL 32795-8457
 8393237*       +HARTFORD INSURANCE,   ORLANDO CENTRAL RECOVERY,   P.O. BOX 958457,   Lake Mary FL 32795-8457
 8340049*        INTERNAL REVENUE SERVICE,   P. O. Box 0025,   Austin TX 73301-0025
 8393240*        INTERNAL REVENUE SERVICE,   P. O. Box 0025,   Austin TX 73301-0025
 8340047*       +Ice Refridgeration,   23910 N 19th Ave Ste 10,   Phoenix AZ 85085-1832
 8393238*       +Ice Refridgeration,   23910 N 19th Ave Ste 10,   Phoenix AZ 85085-1832
 8340048*       +Innovations Inc & Exclusive, Inc.,   Attn: Noordin Lakhani,   1940 E Thunderbird Rd #25,
                  Phoenix AZ 85022-5759
 8393239*       +Innovations Inc & Exclusive, Inc.,   Attn: Noordin Lakhani,   1940 E Thunderbird Rd #25,
                  Phoenix AZ 85022-5759
 8340050*        KOHLS/ Chase,   P.O. BOX 30510,   Los Angeles CA 90030-0510
 8393241*        KOHLS/ Chase,   P.O. BOX 30510,   Los Angeles CA 90030-0510
 8340051*       +LifeWise Health Plan of Arizona,   PO BOX 91060,   Seattle WA 98111-9160
 8393242*       +LifeWise Health Plan of Arizona,   PO BOX 91060,   Seattle WA 98111-9160
 8340052*       +Maria Pedaroza,   7902 North 88th Lane,   Glendale AZ 85305-3919
 8393243*       +Maria Pedaroza,   7902 North 88th Lane,   Glendale AZ 85305-3919
 8340053*        PEPSI COLA BOTTLING GROUP,   4242 NORTH RAYMOND STREET,   PHOENIX AZ 85040
 8393244*        PEPSI COLA BOTTLING GROUP,   4242 NORTH RAYMOND STREET,   PHOENIX AZ 85040
 8340054*       +Protection One,   PO BOX 5714,   Carol Stream IL 60197-5714
 8393245*       +Protection One,   PO BOX 5714,   Carol Stream IL 60197-5714
 8340055*       +QWEST COMMUNICATIONS,   1801 California St,   Denver CO 80202-5555
 8393246*       +QWEST COMMUNICATIONS,   1801 California St,   Denver CO 80202-5555
 8340056*        Rainbow Produce,   3105 E Magnolia,   Phoenix AZ 85034
 8393247*        Rainbow Produce,   3105 E Magnolia,   Phoenix AZ 85034
 8340057*        Reliable Refrigeration,   913 E Juanita,   Phoenix AZ 85024
 8393248*        Reliable Refrigeration,   913 E Juanita,   Phoenix AZ 85024
 8340059*       +SRP,   PO BOX 2950,   Phoenix AZ 85062-2950
 8393250*       +SRP,   PO BOX 2950,   Phoenix AZ 85062-2950
 8340058*       +Sol Hoff,   1351 Westwood Blvd #122,   Los Angeles CA 90024-4940
 8393249*       +Sol Hoff,   1351 Westwood Blvd #122,   Los Angeles CA 90024-4940
 8340060*       +Togos Franchise,   18 N San Pedro Street,   San Jose CA 95110-2413
 8393251*       +Togos Franchise,   18 N San Pedro Street,   San Jose CA 95110-2413
 8340061*       +Town and Country,   PO BOX 29426,   Bin 20005,   Phoenix AZ 85036-0005
 8393252*       +Town and Country,   PO BOX 29426,   Bin 20005,   Phoenix AZ 85036-0005
 8340062*       +Truly Nolen of America,   3620 E Speedway,   Tucson AZ 85716-4095
 8393253*       +Truly Nolen of America,   3620 E Speedway,   Tucson AZ 85716-4095
 8340064*       +WESCOM CREDIT UNION,   P. O. Box 7058,   Pasadena CA 91109-7058
 8393255*       +WESCOM CREDIT UNION,   P. O. Box 7058,   Pasadena CA 91109-7058
 8340066*       +WFNNB/ Express,   4590 E Broad St,   Columbus OH 43213-1301
 8393257*       +WFNNB/ Express,   4590 E Broad St,   Columbus OH 43213-1301
 8340065*       +Westwood Financial Corp,   11440 San Vincente Blvd,   Suite 200,   Los Angeles CA 90049-6216
 8393256*       +Westwood Financial Corp,   11440 San Vincente Blvd,   Suite 200,   Los Angeles CA 90049-6216
                                                                                       TOTALS: 2, * 79
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2009**                          **Signature:**      *Joseph Speetjens*